### (May 15, 1939.)

AVIATION CREDIT CORPORATION OF ST. LOUIS, Appellant, v. CHARLES B. WHITEHEAD, Respondent.— In an action brought to replevy an airplane, order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and

disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.